# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

_____ Division

Joshua R. Slater, Jermaine McDaniels
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Michelle Buckner, et al
*Defendant(s)* See Attachment '9·A'
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joshua R. Slater / Jermaine McDaniels
All other names by which you have been known:
ID Number: #1006602 / #1332393
Current Institution: South Central Correctional Center
Address: 255 West Highway 32
Licking, MO, 65542
City, State, Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Michelle Buckner
Job or Title (if known): Warden
Shield Number:
Employer: MDOC
Address: SCCC 255 West Highway 32
Licking, MO, 65542
City, State, Zip Code
☑ Individual capacity ☑ Official capacity

Defendant No. 2
Name: Heath Cantrell
Job or Title (if known): Deputy Warden
Shield Number:
Employer: M.DOC
Address: SCCC 255 West Highway 32
Licking, MO, 65542
City, State, Zip Code
☑ Individual capacity ☑ Official capacity

Defendant No. 3
Name: William "Billy" Smith
Job or Title (if known): C/O I
Shield Number:
Employer: M.DOC
Address: SCCC, 255 West Highway 32.
Licking, Mo. 65542
City / State / Zip Code

☑ Individual capacity ☑ Official capacity

Defendant No. 4
Name: Scott Kern
Job or Title (if known): C/O II
Shield Number:
Employer: M.DOC.
Address: S.C.C.C. 255 West Highway 32.
Licking, Mo. 65542
City / State / Zip Code

☑ Individual capacity ☑ Official capacity

See Attachment pg. B

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Eighth and fourteenth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The right to be free from Assault & Abuse.
The right to Due-process
The right to Adequate Medical treatment.
The right to Nutritional Food & Meals

Defendants:

1.) Michelle Buckner
2.) Heath Cantrell
3.) William Smith
4.) Scott Kern
5.) Cody Wilmurth
6.) Cindney Roach
7.) Pamala Lewis
8.) Arthur Hobbs
9.) Dr. Ashok Chada
10.) Katharine Barton
11.) Waylon Wilson
12.) Jason Lewis
13.) Christopher North
14.) Timothy Hopping
15.) Shay Ullom
16.) John Doe
17.) John/Jane Does
18.) ~~scribbled out~~

Defendant #12   Jason Lewis
                Deputy Division Director
                M.DOC
                2729 Plaza Dr
                Jefferson City, Mo. 65102
                ☒ Individual Capacity ☒ Official Capacity

Defendant #13   Christopher North
                CCM II
                M.DOC
                SCCC 255 West Highway 32
                Licking, Mo. 65542
                ☒ Individual Capacity ☒ Official Capacity

Defendant #14   Timothy Hopping
                Major
                M.DOC
                SCCC 255 West Highway 32
                Licking, Mo. 65542
                ☒ Individual Capacity ☒ Official Capacity

Defendant #15   Shay Ullom
                Nurse
                M.DOC
                SCCC 255 West Highway 32
                Licking, Mo. 65542
                ☒ Individual Capacity ☒ Official Capacity

Defendant #16   John Doe
                C/O
                M.DOC
                SCCC 255 West Highway 32
                Licking, Mo. 65542
                ☒ Individual Capacity ☒ Official Capacity

Defendant #17   John/Jane Does
                The Use of Force Committee
                M.DOC
                SCCC 255 West Highway 32
                Licking, Mo. 65542
                ☒ Individual Capacity ☒ Official Capacity

Defendant #12  Jason Lewis
Deputy Division Director
M.DOC.
2729 Plaza Dr.
Jefferson City, Mo. 65102
☒ Individual Capacity ☒ Official Capacity

Defendant #13  Christopher North
CCM II
M.DOC
SCCC 255 West Highway 32.
Licking, Mo. 65542
☒ Individual Capacity ☒ Official Capacity

Defendant #14  Timothy Hopping
Major
M.DOC.
SCCC 255 West Highway 32
Licking, Mo. 65542
☒ Individual Capacity ☒ Official Capacity

Defendant #15  Shay Ullom
Nurse
M.DOC
SCCC. 255 West Highway 32.
Licking, Mo. 65542
☒ Individual Capacity ☒ Official Capacity

Defendant #16  John Doe
C/O
M.DOC.
SCCC. 255 West Highway 32
Licking, Mo. 65542
☒ Individual Capacity ☒ Official Capacity

Defendant #17  John/Jane Does
The Use of Force Committee
M.DOC
SCCC. 255 West Highway 32.
Licking, Mo. 65542
☒ Individual Capacity ☒ Official Capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment Page 5-1, 2, 3

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* N/A

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment 3, 4, 5, 6, 7, 8, 9 and 10

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~See Attachment~~ N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE Attachment B

C. What date and approximate time did the events giving rise to your claim(s) occur?

Plaintiff Slater            Plaintiff McDaniels

July 13, 2023 8:31 AM to date / August 2, 2023 10:15AM to date.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment E-1, 2, 3, 4, 5, 6, 7, 8

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Slater: Open bloody wounds around wrists that left scars. Nerve damage and lost of feeling in hands, partial movement of right thumb. A raw and bloody wound on the side of face (on right side) Emotional trauma. No medical treatment for (6) months, then an X-Ray was ordered on 1-17-24

McDaniel: Lost of 25 pounds from being starved. Emotional Trauma from getting knocked unconscious (twice). (7) staples from being rammed face first into door frame. And headaches. Concussion symptoms and refused adequate medical treatment.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment F-1, 2, 3, 4

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Slater: South Central Correctional Center
McDaniels: South Central Correctional Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Slater: South Central Correctional Center
McDaniels: South Central Correctional Center

2. What did you claim in your grievance?

Slater: Offender Abuse & Assault & Battery, Due-process, Using food as punishment, Denial of Medical treatment - inadequate
McDaniels: Offender Abuse & Assault & Battery, Due-process, Denial of Medical treatment.

3. What was the result, if any?

Slater: "Denied" Use of force - approved. "Denied" Can use food as Punishment. "Denied" Due-process - Not violated. "Medical" Put in a HSR"
McDaniels: "Denied" Due-process - Not violated, "Medical" Put in a HSR"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Filed IRR, Grievance AND Grievance Appeal.
All was refused and denied and No responsibility taken.
Assaults and offender Abuse still happening to other offenders
Food is still used as punishment and Adequate Medical (Care) treatment is still Not given.
Denial of Due-process still happening.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Exhausted All remedies, on all stages

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

   N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition  _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-1-2024

Signature of Plaintiff: Josh Slater / Jermaine McDaniels
Printed Name of Plaintiff: Joshua Slater / Jermaine McDaniels
Prison Identification #: #1006602 / #1332393
Prison Address: SCCC, 255 West Highway 32
Licking, Mo. 65542
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: ''
Bar Number: ''
Name of Law Firm: ''
Address: ''
'' 
City / State / Zip Code
Telephone Number: ''
E-mail Address: ''