# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

### JUDGMENT IN A CIVIL CASE

JOSHUA R. SLATER, et al.,

    Plaintiffs,

v.        Case No.   24-cv-03064-RK-P

MICHELE BUCKNER, et al.,

    Defendants.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is dismissed without prejudice.

Entered on: March 7, 2024.

        PAIGE WYMORE-WYNN
        CLERK OF COURT

        /s/ K. Willis
        (By) Deputy Clerk